Clerk's Office
Filed Date: Received on
9/24/2024 E.N.E.
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE



# Crystal Winslow

11325 Beach Channel Dr
Unit 940752
Rockaway Park, NY 11694

Honorable Judge Frederic Block
United States Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

September 16, 2024

      Re: United States v. Walter Johnson
      Court docket number 96-CR-932

Dear Honorable Judge Block,

I am writing to express my support for the early release of Walter Johnson. While I understand the severity of his crimes and their profound impact on me, I have also come to a place of forgiveness.

Through personal growth and healing, I have been able to move beyond the victim role and embrace a future where I can coexist peacefully with Walter. His continued incarceration serves as a constant reminder of a painful past, hindering my ability to fully embrace the present.

I believe that Mr. Johnson has served a substantial sentence and has had ample time to reflect on his actions. Given the opportunity and with the proper support, he has the potential to become a productive and positive member of society.

I respectfully request that you consider my statement and grant Walter Johnson the opportunity for early release.

Warm Regards,

*Crystal Winslow*

Crystal Winslow

cc:    Lisa Foster
        United States Attorney's Office
        Eastern District of New York

| winslow.shim@gmail.com

CRYSTAL WINSLOW
11325 Beach Channel Dr.
Unit 940752
Rockaway Park, NY 11694

NEW YORK NY 100
18 SEP 2024 PM 6 L

Honorable Judge Frederic Block
United States Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

11201-168295